# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI GREENVILLE DIVISION

BRENDA J. COOPER; SYLVIA R. CAFFEY; MARGARET J. ODEMS; BERNICE B. RICHARDSON; DORA A. WARD; ROSIE BRADY; PEARL SELDON; BETTY PHILLIPS, PERSONAL REPRESENTATIVE AND DEVISEE OF HILDRED JOHNSON DECEASED; ALICE CRUMLEY, DEVISEE OF HILDRED JOHNSON; AND SYLVIA CUNNINGHAM **PLAINTIFFS**

VS.

**CIVIL ACTION NO. 4:16-cv-052 DMB-JMV**

MERITOR, INC. F/D/B/A ROCKWELL INTERNATIONAL CORPORATION; TEXTRON, INC. F/D/B/A RANDALL DIVISION OF TEXTRON, INC. **DEFENDANTS**

*CONSOLIDATED WITH*

JOE E. SLEDGE; KATRENA FISHER, PERSONAL REPRESENTATIVE AND DEVISEE OF HENRY FISHER, DECEASED DAVID L. MCCLAIN; MARY MCCLAIN; DOLPHUS BRIDGES; BARBARA L. BRIDGES; CAROL S. JOHNSON; CORDELIA REED; JAMES WRIGHT; LUCILLE TURNER; EMMA J. HARDIMAN; JEFFREY SCOTT; SINCELLIA SCOTT **PLAINTIFFS**

VS.

**CIVIL ACTION NO. 4:16-cv-053 DMB-JMV**

MERITOR, INC. F/D/B/A ROCKWELL INTERNATIONAL CORPORATION; TEXTRON, INC. F/D/B/A RANDALL DIVISION OF TEXTRON, INC. **DEFENDANTS**

*AND*

| | |
|---|---|
| KATHERINE LONGSTREET COOKE; SHIRLEY NEVITTE; STACY H. BRIDGES; BERNARD WILLIAMS A/K/A HUBERT WILLIAMS; LESSIE LUSK A/K/A LESSIE LUSK PORTER; JAMES HARRIS; SHIRLEY HARRIS; DARRELL HUBBARD; SANDRA HUBBARD; BESSIE BAGGETT A/K/A BESSIE YATES; THYRA W. CRAIG | **PLAINTIFFS** |
| VS. | **CIVIL ACTION NO. 4:16-cv-054 DMB-JMV** |
| MERITOR, INC.; ROCKWELL AUTOMATION, INC.; and TEXTRON, INC. | **DEFENDANTS** |

*AND*

| | |
|---|---|
| SRA INVESTMENTS, LLC c/o STEVE COUCH; AMOS JOHNSON; ANNIE MAE MCFARLAND AND MISTER; DOBIE ARCHER; SAMMIE LOGGINS, JR.; ANGELIA REED LOGGINS; CAMMIE L. HARGES; TARIK JOHNSON; CURTIS BLISSETTE; LINDA SINGLETON; WILLIAM EARL BENSON; BARBARA BENSON | **PLAINTIFFS** |
| VS. | **CIVIL ACTION NO. 4:16-cv-055-DMB-JMV** |
| MERITOR, INC. F/D/B/A ROCKWELL INTERNATIONAL CORPORATION; TEXTRON, INC. F/D/B/A RANDALL DIVISION OF TEXTRON, INC. | **DEFENDANTS** |

*AND*

| | |
|---|---|
| FELICIA WILLIS AS ADMINISTRATRIX OF THE ESTATE OF DAISY K. WILLIS, DECEASED; | **PLAINTIFFS** |

**VIOLA P. SYKES; EMMA J. SCOTT a/k/a EMMA MCKINNEY; JESSE LITTLE; ANNETTE MARIE BARNES HIGHTOWER; TERRY L. MURRY; BOBBIE M. MISTER; MARY M. INGRAM; EARL REED; and RUBYE BOOKER**

**VS.**

**CIVIL ACTION NO. 4:16-cv-056-DMB-JMV**

**MERITOR, INC. F/D/B/A ROCKWELL INTERNATIONAL CORPORATION; TEXTRON, INC. F/D/B/A RANDALL DIVISION OF TEXTRON, INC.**                                         **DEFENDANTS**

## ORDER CONSOLIDATING CASES

The above referenced civil actions are before the court *sua sponte* for consideration of consolidating the same. The court, on June 23, 2016, having conducted a status conference with counsel of record for all parties, and during which conference counsel agreed good cause exists to consolidate these cases and expressed no opposition to consolidation for purposes of discovery and motion practice, is of the opinion that these cases should be, and the same are hereby, consolidated pursuant to FED.R.CIV.P. 42. Therefore,

IT IS ORDERED:

1. That the above styled cases are consolidated for purposes of discovery and pretrial motion practice only;

2. That the earlier filed case, Cause No. 4:16cv00052-DMB-JMV, is designated as the lead case;

3. That counsel are directed to indicate in the caption of all documents filed during the consolidation period the lead case heading followed by the consolidated case headings and the words "consolidated with" directly under the lead case heading; and

3

4. That all filings made during the consolidation period shall be made in the lead case and spread to the related cases.

This 29th day of June, 2016.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE