# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

BRENDA J. COOPER, ET AL.                                    PLAINTIFFS
versus                              Civil Action No. 4:16-cv-52-DMB-JMV
MERITOR, INC., ET AL.                                       DEFENDANTS

*- Consolidated With –*

JOE E. SLEDGE, ET AL.                                       PLAINTIFFS
versus                              Civil Action No. 4:16-cv-53-DMB- JMV
MERITOR, INC., ET AL.                                       DEFENDANTS

*- and -*

KATHERINE LONGSTREET COOKE, ET AL.                          PLAINTIFFS
versus                              Civil Action No. 4:16-cv-54-DMB-JMV
MERITOR, INC., ET AL.                                       DEFENDANTS

*- and -*

SRA INVESTMENTS, LLC, ET AL.                                PLAINTIFFS
versus                              Civil Action No. 4:16-cv-55-DMB-JMV
MERITOR, INC., ET AL.                                       DEFENDANTS

*- and -*

FELICIA WILLIS, ET AL.                                      PLAINTIFFS
versus                              Civil Action No. 4:16-cv-56-DMB-JMV
MERITOR, INC., ET AL.                                       DEFENDANTS

## <u>ORDER</u>

Consistent with the Court's ruling *sua sponte* during a status conference held in these consolidated cases October 23, 2017, the deadline for filing *Daubert* and dispositive motions in the lead case, Cause No. 4:16cv00052-DMB-JMV, is extended to January 8, 2018.

It IS FURTHER ORDERED that the dispositive and *Daubert* motions deadline for the remaining cases, as well as the trial date and final pretrial conference date, are hereby continued until further order of the Court.

SO ORDERED this 25th day of October, 2017.

/s/ Jane M. Virden
U. S. Magistrate Judge