**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**BRENDA J. COOPER, ET AL.**                                **PLAINTIFFS**
vs.                                                         **Civil Action No. 4:16-cv-52-DMB-JMV**
**MERITOR, INC., ET AL.**                                        **DEFENDANTS**

*- Consolidated With -*

**JOE E. SLEDGE, ET AL.**                                      **PLAINTIFFS**
vs.                                                         **Civil Action No. 4:16-cv-53-DMB-JMV**
**MERITOR, INC., ET AL.**                                        **DEFENDANTS**

*- and -*

**KATHERINE LONGSTREET COOKE, ET AL.**            **PLAINTIFFS**
vs.                                                          **Civil Action No. 4:16-cv-54-DMB-JMV**
**MERITOR, INC., ET AL.**                                       **DEFENDANTS**

*- and -*

**SRA INVESTMENTS, LLC, ET AL.**                         **PLAINTIFFS**
vs.                                                          **Civil Action No. 4:16-cv-55-DMB-JMV**
**MERITOR, INC., ET AL.**                                       **DEFENDANTS**

*- and -*

**FELICIA WILLIS, ET AL.**                                       **PLAINTIFFS**
vs.                                                         **Civil Action No. 4:16-cv-56-DMB-JMV**
**MERITOR, INC., ET AL.**                                       **DEFENDANTS**

_____

**ORDER ON MOTIONS TO WITHDRAW AS COUNSEL AND
TO COMPEL DISCOVERY RESPONSES
FROM PLAINTIFF LINDA SINGLETON**
_____

This matter is before the court on the Plaintiff attorneys' Motion to Withdraw as Counsel for plaintiff Linda Singleton [325] and Defendant's Motion to Compel Discovery Responses from plaintiff Linda Singleton [353], filed October 12, 2017 and October 25, 2017, respectively.

Motion to Compel

Having considered the motion, the court finds that it is well taken and is hereby GRANTED. Plaintiff has 14 days from today's date to respond to the discovery requests propounded to her. Her counsel has been advised that her failure to do so will likely result in a report and recommendation that her case be dismissed, with prejudice, for failure to prosecute.

Motion to Withdraw as Counsel

Defense counsel's Motion to Withdraw as Counsel for plaintiff Linda Singleton, however, is hereby DENIED.

**SO ORDERED** this, the 6th day of November, 2017.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**