# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**BRENDA J. COOPER, ET AL.**      **PLAINTIFFS**

**VS.**      **CIVIL ACTION NO. 4:16-CV-52-DMB-JMV**

**MERITOR, INC., ET AL.**      **DEFENDANTS**

*CONSOLIDATED WITH*

**JOE E. SLEDGE, ET AL.**      **PLAINTIFFS**

**VS.**      **CIVIL ACTION NO. 4:16-CV-53-DMB-JMV**

**MERITOR, INC., ET AL.**      **DEFENDANTS**

*AND*

**KATHERINE LONGSTREET COOKE, ET AL.**      **PLAINTIFFS**

**VS.**      **CIVIL ACTION NO. 4:16-CV-54-DMB-JMV**

**MERITOR, INC., ET AL.**      **DEFENDANTS**

*AND*

**SRA INVESTMENTS, LLC, ET AL.**      **PLAINTIFFS**

**VS.**      **CIVIL ACTION NO. 4:16-CV-55-DMB-JMV**

**MERITOR, INC., ET AL.**      **DEFENDANTS**

*AND*

**FELICIA WILLIS, ET AL.**      **PLAINTIFFS**

**VS.**      **CIVIL ACTION NO. 4:16-CV-56-DMB-JMV**

**MERITOR, INC., ET AL.**                                                                 **DEFENDANTS**

## **ORDER**

This matter was originally set as a hearing on claimed privileges. However, at the outset of the hearing, counsel for all parties jointly requested that the hearing be converted to a conference as more particularly described in Section 6(F)(4) of the [83] Case Management Order.

During the course of the conference, the court *sua sponte*, ordered that the defendant revise its privilege log, forthwith, in accordance with the court's directions concerning the need for greater specificity and accurate descriptions of all documents.

The court further ruled that the privilege log may not be further amended to *add* privileges except as may be necessary regarding documents not previously described in the privilege log but which were submitted to the court *in camera*.

SO ORDERED this, the 7th day of November, 2017.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**