# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| BRENDA J. COOPER, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:16-cv-52-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

*- Consolidated With –*

| | |
|---|---|
| JOE E. SLEDGE, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:16-cv-53-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

*- and -*

| | |
|---|---|
| KATHERINE LONGSTREET COOKE, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:16-cv-54-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

*- and -*

| | |
|---|---|
| SRA INVESTMENTS, LLC, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:16-cv-55-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

*- and -*

| | |
|---|---|
| FELICIA WILLIS, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:16-cv-56-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

## ORDER ON MOTION TO COMPEL DOCUMENTS

This matter is before the court on the motion of the plaintiffs to compel production of certain documents more commonly referred to as the "T & M documents." For the reasons given below, the motion will be DENIED, with the right to re-urge if the trial is continued.

Local Uniform Civil Rule 7(b)(2)(C) requires that a party file a discovery motion sufficiently in advance of a discovery deadline to allow time for a response to the motion, to give the court time to rule on the motion, and to provide time for the court's order to be effectuated.

The discovery deadline in this case expired November 29, 2017, the dispositive motion deadline is January 8, 2018, and the trial of the case is set for June 4, 2018. The instant motion was not filed until November 13, 2017, and it was not even ripe for consideration—much less capable of effectuation—until after the close of discovery.

Because the motion to compel is untimely and the case, as it stands, has a fast-approaching dispositive motion deadline and trial date, the motion is DENIED.

Finally, if the trial court continues the trial date, the instant motion, as revised to reflect any appropriate changes given case developments, may be re-urged in accordance with any revised deadlines as the court may thereafter impose.

**SO ORDERED** this, Tuesday, December 05, 2017.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE