# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

| | |
|---|---|
| BRENDA J. COOPER, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:16-cv-52-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

*- Consolidated With –*

| | |
|---|---|
| JOE E. SLEDGE, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:16-cv-53-DMB- JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

*- and -*

| | |
|---|---|
| KATHERINE LONGSTREET COOKE, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:16-cv-54-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

*- and -*

| | |
|---|---|
| SRA INVESTMENTS, LLC, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:16-cv-55-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

*- and -*

| | |
|---|---|
| FELICIA WILLIS, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:16-cv-56-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

## <u>ORDER</u>

Consistent with findings made by the Court during a telephonic status conference held today in these consolidated cases, in view of the Court's *conditional* grant of a trial continuance in the lead case until October 9, 2018, the following deadlines now control:

The T&M production will be completed on or before January 12, 2018 (5:00 PM), at which time a final privilege log will be provided as relates to the T&M documents. Plaintiffs will have until February 1, 2018, to file any motion to compel as relates to the T&M documents claimed to be privileged; defendants will have fifteen (15) days to respond; and Plaintiffs will have six (6) days to reply--such that briefing of the motion to compel will be complete by 5:00 PM on February 22, 2018.

Next, the parties will immediately set the 30(b)(6) depositions of Defendant(s), previously agreed to, for the first week of April 2018. Provided, however, that defense counsel shall have until 5:00 PM Monday, December 11, 2017, to notify the Court that such scheduling is not possible and of the relevant circumstances.

Within the next seven (7) days, the parties will meet and confer to discuss the following issues: the necessity for the "Peeples deposition"; its subject matter and scheduling; a third-party subpoena on the issues related to the Peeples deposition; which documents presently reflected on the preliminary privilege log Plaintiffs contend should be produced for use at the Peeples deposition; what Defendants' final privilege objections to those documents are; and, finally, the scheduling of Plaintiff Phillips's deposition.

If the parties are unable to resolve any of these issues during the meet-and-confer, Plaintiffs and/or Defendants, respectively, shall have fourteen (14) days from today to move to compel the discovery sought, and responses to such motion(s) shall be filed within seven (7) days thereafter.

The Court has reminded the parties that though the discovery deadline has been extended, discovery other than that the parties discussed, and at least tentatively planned for prior to the expiration of the prior discovery deadline, is not permitted absent agreement of the parties or a court order. A motion for such court order must demonstrate that the discovery sought is necessitated solely by the production of T&M documents at a time when it was not feasible under the prior discovery deadline to accomplish such discovery. Presently, the only discovery permitted is the completion of the T&M document production and the 30(b)(6) deposition(s).

The **discovery deadline** is extended to **April 9, 2018**, and the **dispositive and *Daubert* motions** deadline for the lead case is extended to **May 9, 2018**. **No further extensions will be made in light of the trial date of October 9, 2018.**

Counsel are reminded of the local rules governing the filing of challenges to the adequacy of expert disclosures and for filing discovery motions; and, that absent an order of the District Judge, responses to dispositive and *Daubert* motions are due within fourteen (14) days of the filing of the motion(s).

Finally, counsel must keep in mind that per the District Judge's December 6, 2017, Order, the new trial date, October 9, 2018, is good so long as the parties complete their promised mediation by January 31, 2018, and provide proof of the same no later than February 7, 2018.

SO ORDERED this 8th day of December, 2017.

/s/ Jane M. Virden
U. S. Magistrate Judge