# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**BRENDA J. COOPER, ET AL.**                                                                     **PLAINTIFFS**

**VS.**                           **CIVIL ACTION NO. 4:16-CV-52-DMB-JMV**

**MERITOR, INC., ET AL.**                                                         **DEFENDANTS**

*CONSOLIDATED WITH*

**JOE E. SLEDGE, ET AL.**                                                             **PLAINTIFFS**

**VS.**                        **CIVIL ACTION NO. 4:16-CV-53-DMB-JMV**

**MERITOR, INC., ET AL.**                                              **DEFENDANTS**

*AND*

**KATHERINE LONGSTREET COOKE, ET AL.**                       **PLAINTIFFS**

**VS.**                        **CIVIL ACTION NO. 4:16-CV-54-DMB-JMV**

**MERITOR, INC., ET AL.**                                      **DEFENDANTS**

*AND*

**SRA INVESTMENTS, LLC, ET AL.**                                **PLAINTIFFS**

**VS.**                       **CIVIL ACTION NO. 4:16-CV-55-DMB-JMV**

**MERITOR, INC., ET AL.**                                    **DEFENDANTS**

*AND*

**FELICIA WILLIS, ET AL.**                                                  **PLAINTIFFS**

**VS.**    **CIVIL ACTION NO. 4:16-CV-56-DMB-JMV**

**MERITOR, INC., ET AL.** **DEFENDANTS**

## **ORDER**

In accordance with the court's minutes [476] following the [475] status conference, to the extent that the prior [457] order outlined a briefing schedule to the contrary, the briefing deadlines for the contemplated second motion to compel (T&M documents, claimed privileged) are as follows:

1. The motion and supporting memorandum shall be filed no later than February 8, 2018.
2. The response shall be submitted (15) fifteen days thereafter.
3. The reply shall be submitted (6) six days after the response.

SO ORDERED this, January 19, 2018.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**