# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| BRENDA J. COOPER, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:16-cv-52-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

*- Consolidated With –*

| | |
|---|---|
| JOE E. SLEDGE, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:16-cv-53-DMB- JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

*- and -*

| | |
|---|---|
| KATHERINE LONGSTREET COOKE, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:16-cv-54-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

*- and -*

| | |
|---|---|
| SRA INVESTMENTS, LLC, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:16-cv-55-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

*- and -*

| | |
|---|---|
| FELICIA WILLIS, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:16-cv-56-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

## **ORDER**

This matter is before the Court on Defendants Meritor, Inc.; The Boeing Company; and Rockwell Automation, Inc.'s motion to stay that part of the undersigned's February 7, 2018 Order that compelled full disclosure of inadvertently-produced "claw-back" documents. The undersigned has considered the motion, the response, the reply, and the applicable law and is of the opinion that consideration of the relevant factors weighs in favor of staying full disclosure of the documents (though it should be noted that in this instance the subject documents have previously been viewed by Plaintiffs' counsel as a consequence of the documents' inadvertent production to Plaintiff's counsel). Plaintiffs' counsel are directed to sequester–in accordance with FED.R.CIV.P. 26(b)(5)(B)–the subject

documents pending entry of a decision by the district judge on any appeal of the February 7 Order or further order of the court, whichever is filed earlier.

SO ORDERED this 20th day of February, 2018.

/s/ Jane M. Virden
U. S. Magistrate Judge