

# ARCADIS
Infrastructure · Water · Environment · Buildings

GRENADA MANUFACTURING, LLC  
c/o SULLIVAN & WORCHESTER, LLP  
ATTN: JEFFREY M. KARP  
1666 K STREET, NW  
WASHINGTON, DC 20006

| | |
|---|---|
| Invoice Date: | November 13, 2015 |
| Project No: | LA003307.0001 |
| Invoice No: | 0752353 |
| Payment Terms: | 30 Days |
| Invoice Due Date: | December 13, 2015 |

Grenada/Vapor Intrusion Assessment, Grenada, MS

E-Mail Invoice to: Jeffrey M. Karp: jkarp@sandw.com and CC: John.Ellis@arcadis.com

**Professional Services from July 27, 2015 to October 25, 2015**

| | | |
|---|---|---|
| Contract Value | $245,100.00 | |
| Amount Remaining | $61,193.78 | |
| Total Services | | $183,906.22 |
| Less Amount Previously Billed | | 0.00 |
| **Total Amount Due This Invoice** | | **$183,906.22** |

Please remit payments to:

ARCADIS US, Inc.  
62638 Collections Center Dr.  
Chicago, IL 60693-0626  
720.344.3500

For Wire Transfers please remit to:

Account Number: 8188093937  
ACH ABA #: 071000039  
Wire ABA#: 026009593

*Please reference Invoice Number 0752353 on payment*



EXHIBIT 10

Arcadis-ESI-0000277