# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| BRENDA J. COOPER, ET AL. | **PLAINTIFFS** |
| versus | Civil Action No. 4:16-cv-52-DMB-JMV |
| MERITOR, INC., ET AL. | **DEFENDANTS** |

*- Consolidated With –*

| | |
|---|---|
| JOE E. SLEDGE, ET AL. | **PLAINTIFFS** |
| versus | Civil Action No. 4:16-cv-53-DMB-JMV |
| MERITOR, INC., ET AL. | **DEFENDANTS** |

*- and -*

| | |
|---|---|
| KATHERINE LONGSTREET COOKE, ET AL. | **PLAINTIFFS** |
| versus | Civil Action No. 4:16-cv-54-DMB-JMV |
| MERITOR, INC., ET AL. | **DEFENDANTS** |

*- and -*

| | |
|---|---|
| SRA INVESTMENTS, LLC, ET AL. | **PLAINTIFFS** |
| versus | Civil Action No. 4:16-cv-55-DMB-JMV |
| MERITOR, INC., ET AL. | **DEFENDANTS** |

*- and -*

| | |
|---|---|
| FELICIA WILLIS, ET AL. | **PLAINTIFFS** |
| versus | Civil Action No. 4:16-cv-56-DMB-JMV |
| MERITOR, INC., ET AL. | **DEFENDANTS** |

## **ORDER**

This matter is before the Court on Defendant Meritor, Inc.'s motion to stay compliance with the undersigned's March 8, 2018 Order that compelled full disclosure of the "T&M documents." The undersigned has considered the motion, the response, and the applicable law and is of the opinion that consideration of the relevant factors weighs in favor of staying disclosure of the documents. More particularly, though Defendant has not demonstrated a likelihood of success on the merits, the harm to be suffered by Defendant, should the undersigned's March 8 Order be overturned, is not harm which could be remedied or abridged after the fact of disclosure. On the other hand, if the March 8 Order is upheld, Plaintiffs will still have an opportunity—at trial—to examine witnesses with the subject documents. But, should the documents reveal something that necessitates further exploration

through discovery, Plaintiffs have the right to demonstrate the same by filing a motion for a continuance of the current trial setting. Ultimately, the public's interest in the documents will, in either case, likewise be protected.

Accordingly, compliance with the March 8 Order is STAYED pending a determination by the district judge of the merit of said order or further order of the Court, whichever is earlier.

SO ORDERED this 12th day of March, 2018.

/s/ Jane M. Virden
U. S. Magistrate Judge