UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BRENDA J. COOPER, et al.                                              PLAINTIFFS

versus                                             Civil Action No. 4:16-cv-52-DMB-JMV

MERITOR, INC., et al.                                                 DEFENDANTS

## ORDER

On August 3, 2018, the plaintiffs in this action filed their motion for substitution due to death of Plaintiff Pearl Seldon, pursuant to FED.R.CIV.P. 25(a), along with Letters of Administration issued to Diane Seldon as an exhibit in support of the motion. Docs. #754 and #754-1. Diane Seldon executed a Waiver of Service of the Service of Summons and Acknowledgement of Consent which, among other things, waived service of the motion and exhibit [Docs. #754 and #754-1] upon her in this action. *See* Doc. #791. The defendants in this action, through counsel, have advised the Court that the defendants do not object to the motion.

After having considered the motion, the Court finds that it is well taken and should be granted. Accordingly, plaintiffs' motion for substitution due to death of Plaintiff Pearl Seldon (Doc. #754) is hereby GRANTED, and Diane Seldon, as Administratrix of the Estate of Pearl Seldon, is hereby substituted as a plaintiff in the place of Pearl Seldon, deceased, in this action. The Clerk of this Court is directed to make the appropriate changes to the record.

SO ORDERED this, the 21st day of August, 2018.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE