# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**BRENDA J. COOPER, ET AL.**                                      **PLAINTIFFS**

versus                                      Civil Action No. 4:16-cv-52-DMB-JMV

**MERITOR, INC., ET AL.**                                           **DEFENDANTS**

## **ORDER**

The Court having considered the current status of this case finds the Case Management Order deadlines should be and are hereby amended as follows:

    Summary Judgment Motions deadline       4/12/19

    Final pretrial conference                      5/3/19 at 10:00 a.m.

All other deadlines, including the 5/14/19 trial date, remain unchanged.

SO ORDERED this 14th day of March, 2019.

                                         /s/ Jane M. Virden
                                         U. S. Magistrate Judge