# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

| | |
|---|---|
| BRENDA J. COOPER, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:16-cv-52-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

*- Consolidated With –*

| | |
|---|---|
| JOE E. SLEDGE, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:16-cv-53-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

*- and -*

| | |
|---|---|
| KATHERINE LONGSTREET COOKE, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:16-cv-54-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

*- and -*

| | |
|---|---|
| SRA INVESTMENTS, LLC, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:16-cv-55-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

*- and -*

| | |
|---|---|
| FELICIA WILLIS, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:16-cv-56-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

## **AMENDED ORDER**

This matter is before the court following a telephonic status conference at which the court ordered and hereby memorializes the following directive to plaintiffs' counsel: Provide a complete and accurate descriptive accounting of the settlement status of each and every Plaintiff's claim (property damage and/or personal injury, including wrongful death) no later than 5:00 PM Friday June 7, 2019. This should include a description of the status of any claim subject to third-party approval, anticipated impediments thereto and anticipated resolution date (s), if any.

SO ORDERED this 31st day of May, 2019.

/s/ Jane M. Virden
U. S. Magistrate Judge