UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| **BRENDA J. COOPER, ET AL.** | **PLAINTIFFS** |
| versus | Civil Action No. 4:16cv52-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **JOE E. SLEDGE, ET AL.** | **PLAINTIFFS** |
| versus | Civil Action No. 4:16cv53-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **KATHERINE LONGSTREET COOKE, ET AL.** | **PLAINTIFFS** |
| versus | Civil Action No. 4:16cv54-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **SRA INVESTMENTS, LLC, ET AL.** | **PLAINTIFFS** |
| versus | Civil Action No. 4:16cv55-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **HATTIE M. ARTHUR** | **PLAINTIFFS** |
| versus | Civil Action No. 4:18cv23-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **MILDRED GREEN, ET AL.** | **PLAINTIFFS** |
| versus | Civil Action No. 4:18cv24-DMB-JMV |
| **MERITOR, INC. ET AL.** | **DEFENDANTS** |
| | |
| **AUDREY HOUSE TURNER, ET AL.** | **PLAINTIFFS** |
| versus | Civil Action No. 4:18cv25-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |

## ORDER GRANTING MOTIONS FOR LEAVE TO FILE UNDER SEAL

Before the Court in the above referenced cases are Textron, Inc.'s motions for leave to file its motions to enforce settlement under seal. For good cause articulated in the motions for leave to file under seal and supporting memoranda, the motions for leave to file under seal are GRANTED.

**SO ORDERED** this 3rd day of July, 2019.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE