# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**BRENDA J. COOPER, et al.**                                                              **PLAINTIFFS**

**V.**                                                                       **NO. 4:16-CV-52-DMB-JMV**

**MERITOR, INC., et al.**                                                                **DEFENDANTS**

## ORDER

Upon review of Textron's motion to enforce settlement,[1] the Court **DIRECTS** Textron to file, within seven (7) days of the entry of this order, an affidavit in support of its motion. Such affidavit must (1) to the extent possible, aver to the accuracy of the facts set forth in the memorandum accompanying the motion; (2) specify the terms of the oral agreement reached during the settlement conference, including whether the dismissals would be with prejudice and the amount allocated to each plaintiff; and (3) state the factual basis for the statement that Katherine Cooke "had a relative, B.J. Longstreet, sign on her behalf as her apparent agent."[2]

**SO ORDERED**, this 6th day of November, 2019.

                                                          **/s/Debra M. Brown**
                                                          **UNITED STATES DISTRICT JUDGE**

---

[1] The motion was filed in six related cases: (1) *Sledge v. Meritor, Inc.*, No. 4:16-cv-53; (2) *Cooke v. Meritor, Inc.*, No. 4:16-cv-54; (3) *SRA Investments, LLC v. Meritor, Inc.*, No. 4:16-cv-55; (4) *Arthur v. Meritor, Inc.*, No. 4:18-cv-23; (5) *Green v. Meritor, Inc.*, No. 4:18-cv-24; and (6) *Turner v. Meritor, Inc.*, No. 4:18-cv-25. The Clerk of the Court is directed to file a copy of this order in each listed case.

[2] Pursuant to the July 3, 2019, order, such information should be filed under seal.