# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**BRENDA J. COOPER, et al.**

vs.                    Civil Action Nos.:    4:16-cv-52-DMB-JMV

**MERITOR, INC., et al.**

## ORDER

The Court having considered the current status of this case finds the Case Management Order deadlines should be and are hereby amended as follows:

|    | Event | Date |
|----|-------|------|
| 1. | Summary Judgment Motion deadline | 2/24/20 |
| 2. | Opposition to Summary Judgment Motion deadline | 3/24/20 |
| 3. | Reply in support of Summary Judgment Motion deadline | 4/10/20 |
| 4. | Pretrial Statement Due | TBD |
| 5. | Final Pretrial | TBD |
| 6. | Trial | TBD |

Only one consolidated motion for summary judgment may be filed by the Meritor Defendants (Meritor, Inc., Rockwell Automation, Inc., and The Boeing Company), only one consolidated motion for summary judgment may be filed by Textron, and only one consolidated motion for summary judgment may be filed by the plaintiffs. Each summary judgment motion filed may not exceed a total of 12 pages, excluding exhibits. For any summary judgment motion filed, the original and reply memorandum briefs together may not exceed a total of 55 pages. Any opposition memorandum may not exceed 55 pages.

SO ORDERED this 12th day of December, 2019.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE