# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**BRENDA J. COOPER, et al.**  PLAINTIFFS

**V.** NO. 4:16-CV-52-DMB-JMV

**MERITOR, INC., et al.** DEFENDANTS

## ORDER

On October 16, 2020, United States Magistrate Judge Jane M. Virden, with the consent of the parties, issued an order directing the parties to attend a mediation. Doc. #941. The order provides that "all deadlines pending pursuant to the current Case Management Order are suspended and held in abeyance until the Court convenes a status conference following receipt of the mediation report referenced in paragraph 2. If any claims remain, the Court shall enter a new Case Management Order resetting applicable deadlines." *Id*. at 2.

Because the upcoming mediation may resolve all claims in this case, the motion for summary judgment filed by Meritor, Inc., The Boeing Company, and Rockwell Automation, Inc., [925] is **DENIED without prejudice**. Should the mediation fail to resolve all claims, the Court will reinstate the motion for summary judgment, including all briefing and submissions, without further action from the parties.

**SO ORDERED**, this 19th day of October, 2020.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**